994

In the Matter of LOUIS JOLIET GARAGE CORPORATION, a Corporation, Debtor.

Leonora MORK, Arthur F. Shaw` and Wm. Beringer, Receiver, Appellants, v. LOUIS JOLIET GARAGE CORPORATION, Debtor; Bondholders Protective Committee; George M. Lennon, Trustee, Appellees.

No. 6612.

Circuit Court of Appeals, Seventh Circuit.

Oct. 3, 1938.

Charles R. Aiken and Harry J. Myerson, both of Chicago, Ill., for appellants.

Wilhartz & Hirsch and Julian H. Levi, all of Chicago, Ill., and Snapp, Heise & Snapp and Robert W. Thomas, all of Joliet, Ill., for appellees.

Before EVANS, Circuit Judge.

EVANS, Circuit Judge.

Now this day come the parties by their counsel, and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between Leonora Mork and Arthur F. Shaw, by their attorneys, Harry J. Myerson and Charles R. Aiken, Appellants in the above and foregoing appeal, and Louis Joliet Garage Corporation, Debtor, and William M. Knutson, George Blatt and A. L. Madsen, Appellees, by their attorneys, Wilhartz & Hirsch, Snapp, Heise & Snapp, and Robert W. Thomas, that the above and foregoing appeal by Appellants may be dismissed without costs."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs, pursuant to the foregoing stipulation.

LOUIS WERNER SAW MILL CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 11399.

Circuit Court of Appeals, Eighth Circuit.

Jan. 7, 1939.

Chase Morsey, of St. Louis, Mo., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to Review order of United States Board of Tax Appeals docketed and dismissed at costs of petitioner but without taxation of attorney's docket fee in favor of respondent, per stipulation of parties.

Stanley F. LUDWICZEWSKI (Sometimes known as Stanley Ludwiczewski) and Josephine Ludwiczewski, His Wife, and John B. Lubienski and Celia Lubienski, His Wife, Appellants, v. B. C. SCHRAM, Receiver of First National Bank-Detroit, a National Banking Association, Appellee.

No. 8235.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1939.

Harry N. Grossman, of Detroit, Mich., for appellants.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation of the parties hereto, by their respective counsel, it is hereby ordered that the appeal in the above entitled cause be, and the same is hereby, docketed and dismissed with prejudice to appellants, but without costs.